be quite improper for this Court, by utilizing Rule 35 to reduce Sobell's sentence, to place the Government in the same position as if the issue had been submitted to the jury and decided in his favor.

Affirmed.

**Rafael Rivera RIVERA, Appellant,**

v.

**David M. HERITAGE, Warden, U. S. Penitentiary, Atlanta, Georgia, Appellee.**

**No. 20068.**

United States Court of Appeals
Fifth Circuit.

Feb. 27, 1963.

Rehearing Denied March 22, 1963.

Charles L. Goodson, U. S. Atty., Allen L. Chancey, Jr., Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before JONES and BELL, Circuit Judges, and GROOMS, District Judge.

PER CURIAM.

Appellant being under sentence of the United States District Court for the District of Puerto Rico, a court established by an Act of Congress, Balzac v. People of Puerto Rico, 1922, 258 U.S. 298, 42 S.Ct. 343, 66 L. Ed. 627; his remedy was under Title 28 U.S.C.A. § 2255 and not by way of habeas corpus in the United States District Court for the Northern District of Georgia. All other and further questions presented by the appeal are for the § 2255 court.

Affirmed.

**Jorge Colon MONTES, Appellant,**

v.

**David M. HERITAGE, Warden, U. S. Penitentiary, Atlanta, Georgia, Appellee.**

**No. 20069.**

United States Court of Appeals
Fifth Circuit.

Feb. 27, 1963.

Allen L. Chancey, Jr., Asst. U. S. Atty., Charles L. Goodson, U. S. Atty., Atlanta, Ga., for appellee.

Before JONES and BELL, Circuit Judges, and GROOMS, District Judge.

PER CURIAM.

Appellant being under sentence of the United States District Court for the District of Puerto Rico, a court established by an Act of Congress, Balzac v. People of Puerto Rico, 1922, 258 U.S. 298, 42 S.Ct. 343, 66 L.Ed. 627; his remedy was under Title 28 U.S.C.A. § 2255 and not by way of habeas corpus in the United States District Court for the Northern District of Georgia. All other and further questions presented by the appeal are for the § 2255 court. See Rivera v. Heritage, Warden, 5 Cir., 314 F.2d 332.

Affirmed.

**WILSHIRE MEDICAL PROPERTIES, INC., Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 17479.

United States Court of Appeals Ninth Circuit.

March 6, 1963.

Watkins, Lund & Peck, Henry C. Diehl and John H. Hall, Los Angeles, Cal., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Harry Baum, Fred E. Youngman and Harold C. Wilkenfeld, Attys., Dept. of Justice, Washington, D. C.

Francis C. Whelan, U. S. Atty., Walter S. Weiss, Asst. U. S. Atty., Chief, Tax Section, and Loyal E. Keir, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before BARNES and JERTBERG, Circuit Judges, and PENCE, District Judge.

PER CURIAM.

This is an appeal involving alleged overpayment of Federal taxes for certain years. The government's motion for summary judgment was granted in the district court.

Under the stipulated facts, and the holding of Millinery Center Bldg. Corp. v. Commissioner, 2 Cir. 1955, 221 F.2d 322, we conclude that summary judgment is not the proper procedure to follow in this case; that the cause should be heard,